NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. BOYD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7004

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3196, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

David A. Boyd moves without opposition for a 45-day extension of time, until August 9, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

**JUN 2 0 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq
     Alex P. Hontos, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

.JUN 2 0 2012

JAN HORBALY
CLERK